IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA            PLAINTIFF

v.            No. 4:12-cr-186-DPM-3

DEVON TRANELL McCLAIN            DEFENDANT

## ORDER

On 12 December 2017, the Court held a hearing on the United States' motion to revoke McClain's supervision. At the hearing, the United States chose not to offer proof of the 18 April 2017 arrest in Violation 1 or the location monitoring issues in Violation 3. The Court therefore dismissed those allegations without prejudice. McClain denied the conduct underlying his 30 October 2017 arrest for escape and theft of property. № 512 at 2. He admitted the remaining violations. After taking evidence, the Court concluded that the United States had proved by a preponderance of the evidence that McClain had committed 3rd degree escape—a Grade B violation. The Court will enter Judgment on the Superseding Petition accordingly.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

13 December 2017